# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REPUBLICAN NATIONAL COMMITTEE, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**FEDERAL ELECTION COMMISSION,**<br><br>Defendant. | Case No.   1:14-cv-00853 (CRC) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that [5] Plaintiffs' Amended Motion to Convene a Three-Judge Court is denied.  It is further

**ORDERED** that [6] Plaintiffs' Motion to Expedite is denied.  It is further

**ORDERED** that [25] Plaintiffs' Motion for Summary Judgment is denied without prejudice.  It is further

**ORDERED** that [28] Defendant's Motion for Discovery is denied.  It is further

**ORDERED** that the parties shall jointly submit proposed findings of fact and constitutional questions for certification to the *en banc* D.C. Circuit on or before September 2, 2014.

**SO ORDERED.**

CHRISTOPHER R. COOPER
United States District Judge

Date:   August 19, 2014