**United States District Court**
**District of Columbia**

| | |
|---|---|
| **Republican National Committee** et al., *Plaintiffs* <br> *v.* <br> **Federal Election Commission**, *Defendant* | **Civil Case No. 14-cv-853 (CRC)** |

## Stipulation Dismissing Plaintiffs and Action

The Federal Election Commission ("FEC") and all Plaintiffs agree to the voluntary dismissal, without condition or prejudice, of all Plaintiffs, all claims, and this action, i.e., *Republican National Committee v. FEC*, No. 14-cv-853 (CRC). This is "a stipulation of dismissal" under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), allowing dismissal without a court order.

The FEC and plaintiffs herein who were part of a consolidated en-banc proceeding before the D.C. Circuit (No. 14-5241), as part of a certified proceeding under 52 U.S.C. 30110 pursuant to this Court's Certification Order (Docs. 36, and 37-2), have stipulated to dismissal of all plaintiffs, all claims, and that proceeding. (D.C. Cir. Doc. 1523274.)

By agreeing to this dismissal, the FEC does not waive any rights or arguments that may apply in future cases.

Respectfully submitted,

<div style="columns:2">

/s/ James Bopp, Jr.
James Bopp, Jr., DC Bar #CO 0041
jboppjr@aol.com

Richard E. Coleson*
rcoleson@bopplaw.com

Randy Elf*
relf@bopplaw.com

THE BOPP LAW FIRM, PC
1 South Sixth Street
Terre Haute, IN 47807-3510
812/232-2434 telephone
812/235-3685 facsimile
*Counsel for Plaintiffs*

*Admitted Pro Hac Vice

Lisa J. Stevenson (D.C. Bar No. 457628)
Deputy General Counsel — Law
lstevenson@fec.gov

Kevin Deeley
Acting Associate General Counsel
kdeeley@fec.gov

Harry J. Summers
Assistant General Counsel
hsummers@fec.gov

Greg J. Mueller (D.C. Bar No. 462840)
gmueller@fec.gov

Seth Nesin
Attorney
snesin@fec.gov

/s/ Charles Kitcher
Charles Kitcher (D.C. Bar No. 986226)
Attorney
ckitcher@fec.gov

FEDERAL ELECTION COMMISSION
999 E Street NW
Washington, DC 20463
(202) 694-1650
*Counsel for Defendant*

</div>

December 3, 2014

## Certificate of Service

I certify that today I electronically filed the foregoing with the clerk of court using the CM/ECF system, which will notify:

| | |
|---|---|
| Kevin Deeley | KDeeley@fec.gov |
| | JSadio@fec.gov |
| | RFreeman@fec.gov |
| | VGraham@fec.gov |
| | |
| Harry Summers | HSummers@fec.gov, |
| | JSadio@fec.gov |
| | KDeeley@fec.gov |
| | RFreeman@fec.gov |
| | VGraham@fec.gov |
| | |
| Erin Chlopak | EChlopak@fec.gov |
| | DKolker@fec.gov |
| | JSadio@fec.gov |
| | KDeeley@fec.gov |
| | VGraham@fec.gov |
| | |
| Greg Mueller | GMueller@fec.gov, |
| | EChlopak@fec.gov |
| | JSadio@fec.gov |
| | KDeeley@fec.gov |
| | VGraham@fec.gov |
| | |
| Seth Nesin | SNesin@fec.gov |
| | JSadio@fec.gov |
| | KDeeley@fec.gov |
| | RFreeman@fec.gov |
| | VGraham@fec.gov |
| | |
| Charles Kitcher | CKitcher@fec.gov |

December 3, 2014                /s/ James Bopp, Jr.
                                James Bopp, Jr., DC Bar #CO 0041